UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SEABORN LITTLE #497960,

    Plaintiff,

v.

    Case No. 1:22-cv-697

    HONORABLE PAUL L. MALONEY

JAMES EERDMANS,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: June 13, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge